No. 3389.—SUCESORES DE H. JOGLAR, APDO., v. HERNÁNDEZ,

APLTE.—C. D. San Juan, Disto. 2⁹. Cobro de dinero. Julio 19, 1924.